Michael A. Ladra, State Bar No. 64307
James C. Yoon, State Bar No. 177155
Steven S. Baik, State Bar No. 184622
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
mladra@wsgr.com
jyoon@wsgr.com
sbaik@wsgr.com

**E-fo;ed 12/28/05**

Attorneys for Defendants/Counterclaimants
Eliyahou Harari
SanDisk Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STMICROELECTRONICS, INC., a corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELIYAHOU HARARI, an individual; ) <br> SANDISK CORPORATION, a corporation; and ) <br> DOES 1 to 20, inclusive. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____) <br> ) <br> AND RELATED COUNTERCLAIMS ) <br> ) | CASE NO.: C05-04691 JF <br><br> **DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER SETTING HEARING DATE** |

//

DEFENDANTS' MISC. REQUEST AND
[PROPOSED ORDER]
CASE NO. C05-04691 JF

1  Attorneys for both parties met before this Court on December 16, 2005, for a Case
2  Management Conference in the related case entitled *SanDisk Corp. v. STMicroelectronics, Inc.*,
3  Case No. C04-04379 JF, filed October 15, 2004.  At the conference the Court indicated, and the
4  parties agreed, that the hearing on Plaintiff's Motion to Remand the present case to state court,
5  filed December 13, 2005, would be continued to February 17, 2006.
6  Accordingly, Defendants request that the Court issue the attached [Proposed] Order.

8  Dated:  December 22, 2005                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By: /s/     Michael A. Ladra
                                                            Michael A. Ladra

                                                Attorneys for Defendants/Counterclaimants
                                                Eliyahou Harari
                                                SanDisk Corporation

DEFENDANTS' MISC. REQUEST AND            -1-
[PROPOSED ORDER]
CASE NO. C05-04691 JF

IT IS HEREBY ORDERED that hearing on Plaintiff STMicroelectronics, Inc.'s Motion to Remand Case to State Court and to Dismiss Defendants' Counterclaim for Lack of Subject Matter Jurisdiction, filed December 13, 2005 is set for February 17, 2006 at 9:00 a.m. in Courtroom 3.

Dated: December 28, 2005

/s/electronic signature authorized
_____
Hon. Jeremy Fogel
United States District Court
Northern District of California