**E-filed 5/22/06**

1 | Russell L. Johnson (SBN 53833), <rljohnson@sidley.com>
Edward V. Anderson (SBN 83148), <evanderson@sidley.com>
2 | Teague I. Donahey (SBN 197531), <tdonahey@sidley.com>
Matthew L. McCarthy (SBN 217871), <mlmccarthy@sidley.com>
3 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
4 | San Francisco, California 94104
Telephone: (415) 772-1200
5 | Facsimile: (415) 772-7400

6 | *Attorneys for Plaintiff*
*STMicroelectronics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., | No. C 05-4691 JF RS (filed Nov. 16, 2005) |
| Plaintiff and Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER REGARDING STMICROELECTRONICS, INC.'S MOTION PURSUANT TO FED. R. CIV. P. 56(F)** |
| vs. | |
| ELIYAHOU HARARI; SANDISK CORPORATION; and DOES 1-20, | |
| Defendants and Counterclaimants. | |

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING STMICROELECTRONICS, INC.'S
MOTION PURSUANT TO FED. R. CIV. P. 56(F)
No. C 05-4691 JF RS

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff and Counterdefendant STMicroelectronics, Inc. ("ST") and Defendants and Counterclaimants SanDisk Corporation ("SanDisk") and Eliyahou Harari ("Harari") jointly submit this stipulation to request the court to enter a briefing schedule on ST's Motion pursuant to Fed. R. Civ. P. 56(f), currently set for hearing on June 9, 2006. The parties request that the Court allow them to depart from deadlines set forth in Civil L.R. 7-3 so that ST's Motion can be heard prior to or concurrently with Defendants' Motion for Summary Judgment. The parties hereby agree to the following schedule:

**May 19, 2006** – ST files its Motion pursuant to Fed. R. Civ. P. 56(f);

**May 26, 2006** – Defendants' file their Opposition to ST's Motion;

**June 2, 2006** – ST files its Reply Brief in Support of its Motion;

**June 9, 2006** – Hearing on ST's Rule 56(f) Motion.

Nothing in this Stipulation alters or modifies the existing briefing and hearing schedule on Defendants' pending Motion for Summary Judgment.

| | |
|---|---|
| Dated: May 18, 2006 | SIDLEY AUSTIN LLP |
| | By: /s/ Matthew L. McCarthy |
| | Matthew L. McCarthy |
| | *Attorneys for Plaintiff and Counterdefendant STMicroelectronics, Inc.* |
| Dated: May 18, 2006 | WILSON SONSINI GOODRICH & ROSATI Professional Corporation |
| | By: /s/ Bart Volkmer |
| | Bart Volkmer |
| | *Attorneys for Defendants and Counterclaimants SanDisk Corporation and Eliyahou Harari* |

**ECF CERTIFICATION**

I, Matthew L. McCarthy, am the ECF User whose identification and password are being used to file this Joint Stipulation & Proposed Order.  In compliance with General Order 45.X.B, I hereby attest that Bart Volkmer has concurred in this filing.

Dated:  May 18, 2006                                        SIDLEY AUSTIN LLP

                                            By: /s/ Matthew L. McCarthy
                                                  Matthew L. McCarthy

*Attorneys for Plaintiff and Counterdefendant STMicroelectronics, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The briefing schedule set forth above is hereby approved by the Court.

Dated:  5/19/06                                        _____
                                                  The Honorable Jeremy Fogel