**E-Filed 5/23/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC., | Case Number C 05-4691 JF (RS) |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR RECONSIDERATION |
| v. | |
| ELIYAHOU HARARI, et al., | [RE: Docket No. 39] |
| Defendants. | |

Plaintiff's request for leave to file a motion for reconsideration is GRANTED. Any supplemental brief in support of reconsideration shall be filed and served on or before May 30, 2006. Any supplemental opposition brief shall be filed and served on or before June 5, 2006. The motion for reconsideration shall be heard on June 9, 2006 in conjunction with Defendants'

1  motion for summary judgment and Plaintiffs' motion for relief pursuant to Federal Rule of Civil
2  Procedure 56(f).

DATED: May 23, 2006

_____
JEREMY FOGEL
United States District Court

Case No. C 05-01281 JF
ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR RECONSIDERATION
(JFLC2)

1  This Order has been served upon the following persons:

2  Steven S. Baik , Esq     sbaik@wsgr.com, cphillips@wsgr.com
3
4  Russell L. Johnson     rljohnson@sidley.com, sheila.brown@sidley.com

5  Michael A. Ladra     mladra@wsgr.com
6
7  Matthew Laurence McCarthy     MLMcCarthy@sidley.com, kburke@sidley.com

8  Monica Mucchetti     mmucchetti@wsgr.com, dfernandes@wsgr.com
9
10 Bart Edward Volkmer , Esq     bvolkmer@wsgr.com

11 James C. Yoon     jyoon@wsgr.com, abaranski@wsgr.com; nfurino@wsgr.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-01281 JF
ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR RECONSIDERATION
(JFLC2)