**E-Filed 7/6/06**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STMICROELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELIYAHOU HARARI, et al., <br><br> Defendants. | Case Number C 05-4691 JF (RS) <br><br> ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO LEAVE TO FILE SUPPLEMENTAL BRIEF AND GRANTING PLAINTIFF AN OPPORTUNITY TO FILE SUPPLEMENTAL RESPONSE BRIEF <br><br> [RE: Docket No. 82] |

Defendants' administrative motion for leave to file a supplemental brief is GRANTED. Plaintiff may file a supplemental response brief on or before July 14, 2006. The matter thereafter will be taken under submission without further oral argument.

Case No. C 05-4691 JF (RS)
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE ETC.
(JFLC2)

1    IT IS SO ORDERED.

2

3

4    DATED:  July 6, 2006

5

6                                                                    JEREMY FOGEL
                                                                     United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 05-4691 JF (RS)
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE ETC.
(JFLC2)

1  This Order has been served upon the following persons:

2  Edward V. Anderson    evanderson@sidley.com, nye@sidley.com

3

4  Steven S. Baik , Esq    sbaik@wsgr.com, cphillips@wsgr.com

5  Kevin P. Burke    kburke@sidley.com, sheila.brown@sidley.com

6

7  Teague I. Donahey    tdonahey@sidley.com, sheila.brown@sidley.com

8  Russell L. Johnson    rljohnson@sidley.com, sheila.brown@sidley.com

9

10  Michael A. Ladra    mladra@wsgr.com

11  Monica Mucchetti    mmucchetti@wsgr.com, dfernandes@wsgr.com

12

13  Bart Edward Volkmer , Esq    bvolkmer@wsgr.com

14  James C. Yoon    jyoon@wsgr.com, abaranski@wsgr.com; nfurino@wsgr.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-4691 JF (RS)
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE ETC.
(JFLC2)