**E-Filed 5/30/2008**

1

2

3

4

5

6

7

8

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

12

| STMICROELECTRONICS, INC.,<br>a corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ELIYAHOU HARARI, an individual; SANDISK<br>CORPORATION, a corporation; and DOES 1 TO<br>20, inclusive<br><br>                    Defendants. | Case Numbers  C 08-2332 MMC<br>                    C 05-04691 JF<br><br>ORDER[1] GRANTING PLAINTIFF<br>STMICROELECTRONICS, INC.'S<br>ADMINISTRATIVE MOTION FOR<br>AN IMMEDIATE ORDER<br>CONSOLIDATING CASES<br><br>[re: C 05-04691 docket no. 97] |
| --- | --- |

13

14

15

16

17

18

19

20        The Court has considered the motion of Plaintiff STMicroelectronics ("ST") for an

21  Immediate Order Consolidating Cases.  Good cause, therefore, appearing, IT IS HEREBY

22  ORDERED THAT:

23        1. *STMicroelectronics, Inc. v. Harari et al*, Case No. C 08 02332 MMC, removed from

24  state court on May 6, 2008, is hereby re-assigned to the undersigned pursuant to Civil L.R. 3-12

25  because it is identical to *STMicroelectronics, Inc. v. Harari et al*, Case No.C 05-04691 JF,

26  previously removed to this Court on November 16, 2005 and remanded to state court on July, 18,

27  _____

28        [1] This disposition is not designated for publication and may not be cited.

1    2006.  The two cases are consolidated under C 05-04691 JF.

2

3

4    DATED: May 30, 2008

5

6                                                        _____
                                                         JEREMY FOGEL
7                                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

This Order has been served upon the following persons:

Plaintiff's Counsel

Russell L. Johnson
Sidley Austin Brown and Wood LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Fax (415) 772-7400
Email rljohnson@sidley.com

Edward V. Anderson
Email evanderson@sidley.com

Matthew Lawrence McCarthy
Email Unknown

Teague L. Donahey
Email tdonahey@sidley.com

Defendants' Counsel

Michael A. Ladra
Wilson Sonsini Goodrich and Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Fax (650) 565-5100
Email mladra@wsgr.com

James Chung-Yui Yoon
Email jyoon@wsgr.com

Matthew Robert Reed
Email mreed@wsgr.com

Terry T. Johnson
Email tjohnson@wsgr.com

Case Nos. C 08-2332 MMC and C 05-04691 JF
ORDER GRANTING ADMINISTRATIVE MOTION FOR IMMEDIATE ORDER CONSOLIDATING CASES
(JFLC1)