**E-filed 7/17/08**

1  RUSSELL L. JOHNSON, State Bar No. 053833
   EDWARD V. ANDERSON, State Bar No. 083148
2  TEAGUE I. DONAHEY, State Bar No. 197531
   SIDLEY AUSTIN LLP
3  555 California Street
   San Francisco, CA 94104
4  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
5  Email: rljohnson@sidley.com;
   evanderson@sidley.com; tdonahey@sidley.com
6
   Attorneys for Plaintiff
7  STMICROELECTRONICS, INC.

8

9  MICHAEL A. LADRA, State Bar No. 064307
   TERRY T. JOHNSON, State Bar No. 121569
10 JAMES C. YOON, State Bar No. 177155
   MATTHEW R. REED, State Bar No. 196305
11 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
12 650 Page Mill Road
   Palo Alto, CA 94304-1050
13 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
14 Email: mladra@wsgr.com; tjohnson@wsgr.com;
   jyoon@wsgr.com; mreed@wsgr.com
15
   Attorneys for Defendants
16 ELIYAHOU HARARI and
   SANDISK CORPORATION
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                            SAN JOSE DIVISION

21 STMICROELECTRONICS, INC.,         )   CASE NO.: C 05-04691 JF
                                     )
22              Plaintiff,           )   Consolidated with
                                     )   CASE NO.: C 08-02332 JF
23       v.                          )
                                     )   **STIPULATION AND [~~PROPOSED~~]**
24 ELIYAHOU HARARI; SANDISK          )   **ORDER SELECTING ADR**
   CORPORATION; and DOES 1 to 20,    )   **PROCESS**
25 inclusive.                        )
                                     )
26              Defendants.          )

27

28

STIP. AND [PROP.] ORDER SELECTING ADR PROCESS
CASE NO. C05-04961 JF

1     Counsel report that they have met and conferred regarding ADR and have reached the

2 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3 The parties agree to participate in the following ADR process:

4     **Court Processes:**
    [ ]    Non-binding Arbitration (ADR L.R. 4)
5     [ ]    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    [ ]    Mediation (ADR L.R. 6)
6

7 *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

8

9

10     **Private Process:**
    [X]    Private ADR (*please identify process and provider*): <u>The parties are willing to participate in private mediation.</u>
11

12 The parties agree to hold the ADR session by:
13     [ ]    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
14     [X]    other requested deadline: <u>A date to be determined after resolution of the currently pending Motion to Remand.</u>
15

16

17 Dated: July 14, 2008                            SIDLEY AUSTIN LLP

18

19                                              By:    /s/ Russell L. Johnson
                                                        Russell L. Johnson

20                                               Attorneys for Plaintiff
21                                               STMICROELECTRONICS, INC

22 Dated: July 14, 2008                            WILSON SONSINI GOODRICH & ROSATI
23                                               Professional Corporation

24                                               By:    /s/ Michael A. Ladra
25                                                        Michael A. Ladra

26                                               Attorneys for Defendants
                                              ELIYAHOU HARARI and
27                                               SANDISK CORPORATION

28

1     **[PROPOSED] ORDER**

2     Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      [ ]     Non-binding Arbitration
3     [ ]     Early Neutral Evaluation (ENE)
      [ ]     Mediation
4     [X]     Private ADR

5     Deadline for ADR session
6     [ ]     90 days from the date of this order.
      [X]     other:  A date to be determined after resolution of the currently pending
7             Motion to Remand.

8

9     Dated:   7/17/08
                                        _____
10                                      The Honorable Jeremy Fogel
                                        UNITED STATES DISTRICT JUDGE

# ATTESTATION

I, Michael A. Ladra, am the ECF user whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**. In compliance with General Order 45.X.B, I hereby attest that Russell L. Johnson has concurred in this filing.

Dated: July 14, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      /s/ Michael A. Ladra
         Michael A. Ladra