1

2                                                        **E-Filed 9/9/08**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   STMICROELECTRONICS, INC.,                 Case Number C 05-4691 JF (RS)

12                      Plaintiff,             ORDER[1] DENYING DEFENDANTS'
                                               MOTION FOR LEAVE TO FILE
13          v.                                 MOTION FOR RECONSIDERATION
                                               AND REQUEST TO STAY ORDER
14   ELIYAHOU HARARI, et al.,                  GRANTING PLAINTIFF'S MOTION
                                               TO REMAND
15                      Defendants.
                                               [re:  doc. no. 118]
16

17

18

19

20          Defendants Eliyahou Harari and SanDisk Corporation (collectively, "Defendants")

21   request leave to file a motion to reconsider this Court's order dated August 27, 2008 granting

22   Plaintiff STMicroelectronics, Inc.'s motion to remand (the "Order").  In addition, Defendants

23   request that the Order be stayed while the Court reviews the motion for reconsideration.  For the

24   reasons set forth below, Defendants' motion for reconsideration and request to stay the remand

25   will be denied.

26          Defendants base the instant motion on Civ. L. R. 7-9(b)(3), which requires that a party

27   ────────────────────

28          [1] This disposition is not designated for publication in the official reports.

Case No. C 05-4691 JF (RS)
ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION ETC.
(JFLC1)

1   seeking leave to file such a motion show "[a] manifest failure by the Court to consider material

2   facts or dispositive legal arguments which were presented to the Court before such interlocutory

3   order." Here, Defendants argue that the Court's Order erroneously found that a paper filed in a

4   separate but related suit could trigger the thirty-day removal period provided in 28 U.S.C. §

5   1446(b). Specifically, Defendants argue that such a ruling directly contravenes the reasoning of

6   the Ninth Circuit in *Eyak Native Village v. Exxon Corp.*, 25 F.3d 773, 779 (9th Cir. 1994).

7   Defendants also contend that the Court was incorrect in holding that resolution of Plaintiff's

8   contractual claims was not dependent on federal law.

9         The Court already has considered these arguments, and it respectfully disagrees with

10   them. A party seeking leave to file a motion for reconsideration cannot justify such a motion by

11   merely repeating arguments already considered and rejected. *See* Civ. L. R. 7-9(c). Accordingly,

12   IT IS HEREBY ORDERED that

13        (1)   Defendants' motion for leave to file a motion for reconsideration of the Court's
              August 27, 2008 Remand Order is DENIED; and
14

15        (2)   Defendants' request to stay the Court's August 27, 2008 Remand Order is
              DENIED.
16

17

18

19

20

21   DATED: 9/9/2008

22   _____

23   JEREMY FOGEL
     United States District Court

24

25

26

27

28

2

1  This Order has been served upon the following persons:

2

3  Bart Edward Volkmer, Esq.     bvolkmer@wsgr.com

4  Edward V. Anderson     evanderson@sidley.com, eleiva@sidley.com

5  James Chung-Yul Yoon     jyoon@wsgr.com, abaranski@wsgr.com, nfurino@wsgr.com

6  Kevin P. Burke     kburke@sidley.com, eoertel@sidley.com, sflitscan@sidley.com

7

8  Michael A. Ladra     mladra@wsgr.com

9  Monica Mucchetti Eno     mmucchetti@wsgr.com, dfernandes@wsgr.com

10  Russell L. Johnson     rljohnson@sidley.com, sheila.brown@sidley.com

11  Steven S. Baik , Esq     sbaik@orrick.com, wmoore-tarvins@orrick.com

12  Teague I. Donahey     tdonahey@sidley.com, sheila.brown@sidley.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 05-4691 JF (RS)
ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION ETC.
(JFLC1)